

_____ FILED          RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           SEP - 7 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CODY LAVIN, | Case No. 3:17-cv-00731-RCJ-CBC |
| Plaintiff, | ORDER |
| v. | |
| MR. SCARLETT, | |
| Defendant. | |

## I.    DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

1  **II.    CONCLUSION**

2         For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated

3  address with the Court within thirty (30) days from the date of this order.

4         IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order,

5  the Court shall dismiss this case without prejudice.

6

7         DATED THIS 7th day of September 2018.

8

9                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28